# Notice Recipients

District/Off: 0416–0        User: tmatthews        Date Created: 5/21/2010
Case: 10–21470              Form ID: B9A           Total: 49

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Christopher Wilson Thumma | 6504 Rimrock Lane | New Market, MD 21774 |
| db | Sarah Louise Thumma | 6504 Rimrock Lane | New Market, MD 21774 |
| tr | Steven H Greenfeld | Cohen, Baldinger &Greenfeld, LLC | 7910 Woodmont Avenue   Suite 1103   Bethesda, MD 20814 |
| aty | Scott C. Borison | 5500 Buckeystown Pike | Frederick, MD 21703 |
| 25992539 | AT | POB 8212 | Aurora, IL 60572 |
| 25992536 | Allegheny Power | Customer service Center | PO Box 1392   Fairmont, WV 26555–1392 |
| 25992537 | Alliance One | 4850 Street Rd.   Ste. 300 | Trevose, PA 19053 |
| 25992538 | Allied Interstate | 3000 Corporate Exchange Dr.   5th Floor | Columbus, OH 43231 |
| 25992540 | Bank of America | PO Box 15026 | Wilmington, DE 19850 |
| 25992541 | Bank of America – Cards | PO Box 15026 | Wilmington, DE 19850 |
| 25992542 | Beneficial | POB 4153 | Carol Stream, IL 60197 |
| 25992543 | Beneficial – Mortgage | Attn: Research   POB 3425 | Buffalo, NY 14240–9733 |
| 25992544 | Bierman, Geesing, Ward &Wood LLC | 4520 East West Highway Suite 200 | Bethesda, MD 20814 |
| 25992545 | CAC Financial Corp | 2601 NW Expressway   Suite 1000 East | Oklahoma City, OK 73112–7229 |
| 25992546 | Capital One Card – Bankruptcy | POB 85167 | Richmond, VA 23285–5167 |
| 25992547 | Chase – Disney | PO Box 15298 | Wilmington, DE 19850 |
| 25992548 | CitiBank – Sears Card | POB 6283 | Sioux Falls, SD 57117–6283 |
| 25992549 | CitiCards | POB 6500 | Sioux Falls, SD 57117 |
| 25992550 | Client Services Inc | 3451 Harry S. Truman Blvd. | St. Charles, MO 63301 |
| 25992551 | Comptroller of Maryland | Compliance Division #490   301 W Preston St | Baltimore MD 21201 |
| 25992578 | Comptroller of the Treasury | Compliance Division, Room 409   301 W. Preston Street | Baltimore, MD 21201 |
| 25992552 | DirecTv | 131 Tower Park   Ste. 100   POB 2635 | Waterloo, IA 50704 |
| 25992553 | Diversified Adjustment Service Inc | 600 Coon Rapids Blvd NW | Coon Rapids, MN 55433 |
| 25992554 | East Coast Lawn Inc. | 7522 Rickenbacker Dr. | Gaithersburg, MD 20879 |
| 25992555 | FedChoice FCU | 10001 Willowdale Rd. | Lanham, MD 20706 |
| 25992556 | Franklin &Prokopik PC | Two North Charles St.   Ste. 600 | Baltimore, MD 21201 |
| 25992557 | GEMB – JcPenney | Bankruptcy Dept.   POB 103104 | Roswell, GA 30076 |
| 25992558 | GEMB – Walmart | Bankruptcy Dept.   POB 103104 | Roswell, GA 30076 |
| 25992559 | Harvey W. Hotel Inc. | 18900 Woodfield Rd. | Gaithersburg, MD 20879 |
| 25992560 | Internal Revenue Service | PO Box 16236 | Philadelphia PA 19114 |
| 25992561 | Kline Landscaping | 12761 Hiney Rd. | Keymar, MD 21757 |
| 25992562 | LVNV Funding LLC | 15 South Main St.   Ste. 600 | Greenville, SC 29601 |
| 25992563 | Macy's | PO Box 8066 | Mason, OH 45040 |
| 25992564 | Mariner Finance | 454 Prospect Blvd. | Frederick, MD 21702 |
| 25992565 | NCB Management Services Inc. | POB 1099 | Langhorne, PA 19047 |
| 25992566 | NCC Business Services Inc. | POB 24739 | Jacksonville, FL 32241 |
| 25992567 | NCO Financial Systems Inc. | 507 Prudential Rd. | Horsham, PA 19044 |
| 25992568 | North Shore Agency Inc. | 270 Spagnoli Rd.   Ste. 111 | Melville, NY 11747 |
| 25992569 | Professional Recovery Services | POB 1880 | Voorhees, NJ 08043 |
| 25992570 | Resurgent Recovery Services | c/o OSI Collection Services, Inc.   PO box 8800 | Jacksonville, FL 30348 |
| 25992571 | Sprint | POB 8077 | London, KY 40742 |
| 25992572 | State of Maryland | Division of Unemployment Insurance   Benefit Payment Control   Room 202 | Baltimore, MD 21201 |
| 25992580 | State of Maryland DLLR | Division of Unemployment Insurance   1100 N. Eutaw Street, Room 401 | Baltimore, MD 21201 |
| 25992573 | Target Card | Target Credit Services   PO Box 1581 | Minneapolis, MN 55440 |
| 25992574 | The CBE Group | 131 Tower Park Dr.   Ste. 100 | Waterloo, IA 50701 |
| 25992575 | The Home Depot Store Card | POB 689100 | Des Moines, IA 50368–9100 |
| 25992579 | Treasurer of Frederick County | 30 North Market Street | Frederick, MD 21701–5420 |
| 25992576 | Valentine &Kabartas Inc. | POB 325 | Lawrence, MA 01842 |
| 25992577 | Washington Post | POB 636 | Mt. Airy, MD 21771 |

TOTAL: 49